NUMBER 13-00-340-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI

____________________________________________________________________


HORTENSIA TIJERINA , Appellant,


v.


RICARDO CARDENAS , Appellee.

____________________________________________________________________


and

NUMBER 13-00-599-CV

____________________________________________________________________


IN THE MATTER OF THE ESTATE OF RAUL TIJERINA, JR.

____________________________________________________________________


On appeal from the County Court at Law No. 2 

of Cameron County, Texas.

____________________________________________________________________


O P I N I O N

Before Justices Hinojosa, Yanez, and Castillo

Opinion Per Curiam

This cause is before the Court on the parties' joint motion to dismiss appeals. Hortensia C. Tijerina, appellant in Cause No.
13-00-340-CV and appellee in Cause No. 13-00-599-CV, and Ricardo Cardenas, appellant in Cause No. 13-00-599-CV and
appellee in Cause No. 13-00-340-CV, request that this Court dismiss the appeals in both causes. The parties state that they
have reached an agreement to settle and compromise their differences in the underlying suit and the issues on appeal are
now moot. 

The Court, having considered the documents on file and the joint motion to dismiss the appeals, is of the opinion that the
motion should be granted. The joint motion to dismiss is granted, and the appeals are hereby DISMISSED.

PER CURIAM

Do not publish.

Tex. R. App. P. 47.3.

Opinion delivered and filed this

the 16th day of August, 2001 .